IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                          :      CASE NO.  17-13551
                                       CHAPTER 13
    DIANA LORRAINE McGUIRE       :
                                       JUDGE JEFFERY P. HOPKINS

    DEBTOR(S)
                                :      TRUSTEE'S OBJECTION
                                       TO CONFIRMATION


    Comes now the Chapter 13 Trustee, Margaret A. Burks and files this objection to the Plan filed by debtor(s).  The Trustee objects for the reasons stated herein.

    Debtor has yet to begin funding her case. First Plan payment was due October 30, 2017, with the second coming due on November 30.

    The Trustee requests that the Court uphold her objection.


    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.
      Chapter 13 Trustee
      Attorney Reg. No. OH 0030377

      Francis J. DiCesare, Esq.
      Staff Attorney
      Attorney Reg. No. OH 0038798

      Karolina F. Perr, Esq.
      Staff Attorney
      Attorney No.  OH 0066193

      600 Vine Street, Suite 2200
      Cincinnati, OH  45202
      513-621-4488
      513 621-2643  (facsimile)
      mburks@cinn13.org Correspondence only
      fdicesare@cinn13.org
      kperr@cinn13.org

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Objection to Confirmation was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on December 6, 2017 addressed to:

Diana Lorraine McGuire
Debtor(s)
1205 Grove St.
Middletown, Ohio 45044


/s/Margaret A. Burks, Esq.
    Margaret A. Burks, Esq.

    Francis J. DiCesare, Esq.

    Karolina F. Perr, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                       :      CASE NO.  17-13551
                                    CHAPTER 13
     DIANA LORRAINE McGUIRE   :
                                    JUDGE JEFFERY P. HOPKINS

     DEBTOR(S)                :

                             :      **NOTICE OF OBJECTION**
                                    **TO CONFIRMATION**


     The Chapter 13 Trustee, Margaret A. Burks, has filed papers with the court objecting to the confirmation of the above-referenced case.

     **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

     If you do not want the court to grant the relief sought in objection to confirmation, or if you want the court to consider your views on the objection, December 19, 2017, at the United States Bankruptcy Court, Atrium II, Suite 800, 221 East 4th Street, Cincinnati, Ohio 45202.

     You may also file a Response explaining your position.

          If you mail your response to the court for filing, you must mail it early enough so the court will receive it before the confirmation hearing.

          If you file a Response, you must also mail a copy to:

Margaret A. Burks                        U.S. Trustee
Chapter 13 Trustee                       36 East 7th Street
600 Vine Street                          Suite 2030
Suite 2200                               Cincinnati, Ohio 45202
Cincinnati, Ohio 45202

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.


Date: 12/6/17                    /s/   <u>Margaret A. Burks, Esq.</u>
                                       Margaret A. Burks, Esq.