**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: September 27, 2018**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **1:17-bk-13551** |
| | | Chapter 13 |
| **Diana Lorraine McGuire** | : | |
| | | Judge HOPKINS |
| | : | |
| Debtor. | | **AGREED ORDER GRANTING** |
| | : | **MOTION TO MODIFY PLAN** |

This matter is before the Court pursuant to Debtor's Motion to Modify Plan (Doc. 29) and the Trustee's Objection thereto (Doc. 33). The Chapter 13 Trustee, Margaret A. Burks, and Debtor's counsel agree to the following:

1. Trustee hereby withdraws her objection to Debtor's motion to modify plan.

2. Debtor's motion to modify plan is granted with the following conditions:

    a. The plan percentage shall decrease to 70%.

    b. The plan payment shall be decreased to $627.00 for the remaining months of the plan.

    c. The plan length increases to 36 months.

SO ORDERED.

AGREED:

**/s/ Margaret A. Burks, Esq.**

_____

Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No.  OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No.  OH  0038798

Karolina Perr, Esq.
Staff Attorney
Attorney Reg. No.  OH  0066193

600 Vine Street #2200
Cincinnati, OH  45202
(513) 621-4488
(513) 621-2643 (facsimile)
mburks@cinn13.org  Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org

**/s/ Eric A. Steiden**

_____

Eric A. Steiden (OH: 0063978; KY: 88321)
STEIDEN LAW OFFICES
411 Madison Avenue
Covington, KY 41011
(513) 777-7500  (OH)
(859) 777-7500  (KY)
(513) 684-9910  (Facsimile)
esteiden@steidenlaw.com

Copies to:

Default List